No. 77–6265.   THOMPSON  v.  FLORIDA  and  SURACE  v. FLORIDA, 435 U. S. 998;

No. 77–6278.   KNIGHT  v.  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, 435 U. S. 1006;

No. 77–6358.   SIDDLE  v.  UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO ET AL., 435 U. S. 1006; and

No. 77–6359.   ROSS  v.  HOPPER, WARDEN, 435 U. S. 1018. Petitions for rehearing denied.